NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Cruz,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America;<br>DOES I-X; and<br>ROE Corporations I-XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00237-JAD-EJY<br><br>**Order Substituting United States in place of John Kirk as FTCA Defendant**<br><br>ECF No. 8 |

The Court, having been apprised that Nicholas A. Trutanich, the United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that defendant John Kirk ("Kirk") was acting within the course and scope of his federal employment or office at the time of the incident that gives rise to Plaintiff's Amended Complaint, and having been apprised of the substitution of the United States of America in place of Kirk pursuant to 28 U.S.C. § 2679(d)(1),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Kirk is dismissed from this action on the grounds that the exclusive remedy for such tort claims is an action against the United States of America, and the United States of America has been substituted for Kirk as defendant in this case, pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(1).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the caption of this action is and shall hereafter be modified as shown above to reflect the substitution of the United States of America in place of Kirk.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 4-5-2021