JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Cruz, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America, DOES I-X, inclusive; and ROE Corporations I-XX, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-0237-JAD-EJY<br><br>**Stipulation and Order to Dismiss Case with Prejudice**<br><br>ECF No. 35 |

Plaintiff and Defendant, through their attorneys, stipulate to dismiss this case with prejudice, each party bearing its own attorneys' fees and costs.

Respectfully submitted this 26th day of January, 2023.

| | |
|---|---|
| SGRO & ROGER | JASON M. FRIERSON<br>United States Attorney |
| */s/Jayme Martinez*<br>Jayme Martinez, Esq.<br>Nevada Bar No. 15802<br>720 S.7th Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 384-9800<br>Facsimile: (702) 665-4120<br>*Attorneys for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

## ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 27, 2023